# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAFAEL ABRAHAM ARVIZU-MONREAL,<br><br>Defendant. | Case No. 17-CR-0838-WQH<br><br>**JUDGMENT AND ORDER GRANTING MOTION AND DISMISSING INDICTMENT**<br><br>[Dkt. No. 19] |

Upon motion of the parties, and good cause appearing, the Court **GRANTS** the motion, and **DISMISSES** the Indictment [Dkt. No. 14] without prejudice.

**IT IS SO ORDERED.**

DATED: 6-6-17

HONORABLE William Q. Hayes
United States District Judge